1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNY CALIHAN,                              No.  2:13-cv-2292 DAD P

12                      Plaintiff,

13          v.                                   ORDER

14   TAB BENNETT,

15                      Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, the certificate portion of the request must be completed by plaintiff's

20   institution of incarceration, and it has not been filled out.  Also, plaintiff has not filed a certified

21   copy of his prison trust account statement for the six month period immediately preceding the

22   filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to

23   submit a complete in forma pauperis application and a certified copy in support of his application.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

26   affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

27   of Court.

28   /////

                                                   1

1           2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2   Forma Pauperis By a Prisoner.

3           3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4   his prison trust account statement for the six month period immediately preceding the filing of the

5   complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this

6   action be dismissed without prejudice.

7   Dated:  November 8, 2013

8

9                                    DALE A. DROZD

10                               UNITED STATES MAGISTRATE JUDGE

11

hm
12   cali2292.3c+new

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28