1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KENNY CALIHAN,                              No.  2:13-cv-2292 DAD P

12                    Plaintiff,

13           v.                                   ORDER

14    TAB BENNETT,

15                    Defendant.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  However, the certificate portion of the request must be completed by plaintiff's

20    institution of incarceration, and it has not been filled out.  Also, plaintiff has not filed a certified

21    copy of his prison trust account statement for the six month period immediately preceding the

22    filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to

23    submit a complete in forma pauperis application and a certified copy in support of his application.

24           Accordingly, IT IS HEREBY ORDERED that:

25           1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

26    affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

27    of Court.

28    /////

                                                   1

1   2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2 Forma Pauperis By a Prisoner.

3   3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4 his prison trust account statement for the six month period immediately preceding the filing of the

5 complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this

6 action be dismissed without prejudice.

7 Dated:  November 8, 2013

8

9                                   DALE A. DROZD

10                              UNITED STATES MAGISTRATE JUDGE

11

12 hm
cali2292.3c+new

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2